USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2019

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAFAEL DAVID POLEA ISAVA,                          :
                                                   :
                              Plaintiff,           :
                                                   :              1:19-cv-6889-GHW
              -against-                            :
                                                   :              ORDER
HELMWELL LIMITED, a British Virgin Islands         :
Corporation, and JORGE CASADO SALCIETTI,           :
and JOHN DOE "1" THROUGH "10", said                :
persons or parties mortgaged premises herein, their:
respective names are presently unknown to the      :
plaintiff.                                         :
                                                   :
                              Defendants.          :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

In the Court's order dated July 31, 2019, Dkt No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 23, 2019. That deadline was subsequently extended to November 7, 2019. Dkt No. 20. The Court has not received the joint letter or proposed case management plan. The parties are directed to comply with the Court's July 13, 2019 order forthwith.

SO ORDERED.

Dated: November 12, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge