UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2020

-------------------------------------------------------------------X

RAFAEL DAVID POLEO-ISAVA, :
                                              :
                          Plaintiff, :
                                              :                    1:19-cv-6889-GHW
           -against-                    :
                                              :                    ORDER
HELMWELL LIMITED, a British Virgin Islands :
Corporation, JORGE CASADO SALCIETTI, and :
JOHN DOE "1" THROUGH "10", said persons or :
parties mortgaged premises herein, their respective :
names are presently unknown to the plaintiff. :
                                              :
                          Defendants. :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On February 3, 2020 Plaintiff submitted a motion to substitute Jorge Casado-Salicetti with

the Estate of Jorge Casado-Salicetti. Dkt No. 26. In its Answer, Defendant Helmwell Limited

admitted that Salicetti is deceased. *See* Dkt No. 21 ¶ 4. Accordingly, Plaintiff's motion is granted.

The Clerk of Court is directed to substitute "The Estate of Jorge Casado-Salicetti" for "Jorge

Casado-Salicetti" in the caption of this case and to terminate the motion pending at Dkt No. 26.

SO ORDERED.

Dated: February 10, 2020
New York, New York                          _____
                                                          GREGORY H. WOODS
                                                        United States District Judge